IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH P. SHELTON,

    Petitioner,                  No. CIV S-07-1246 GEB EFB P

    vs.

JOHN C. MARSHAL, et al.,

    Respondents.               ORDER

                            /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that respondents' November 2, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: November 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE