IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH P. SHELTON,

      Petitioner,                    No. CIV S-07-1246 GEB EFB P

   vs.

JOHN C. MARSHAL, et al.,

      Respondents.             ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested a second extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that respondents' November 30, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition. The court does not intend to grant additional requests for extensions of time.

Dated: December 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE