IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH P. SHELTON,

    Petitioner,                    No. CIV S-07-1246 GEB EFB P

    vs.

JOHN C. MARSHALL, et al.,

    Respondents.                FINDINGS AND RECOMMENDATIONS

                            /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have moved to dismiss on the ground that the petition is second or successive and petitioner has not demonstrated that he obtained leave from the appellate court to proceed thereon. *See* 28 U.S.C. § 2244(b)(3), (4). Petitioner filed a document styled, "Motion to Dismiss," in which he expresses his agreement that the petition is second or successive and his intent to request permission from the Ninth Circuit to proceed on his new claim. The court construes this motion as a statement of no opposition filed pursuant to Local Rule 78-230(m). Having examined the record, the court finds that respondents' motion must be granted.

////

////

////

1

Before a federal district court may entertain a second or successive petition, the petitioner must obtain permission from the appellate court. 28 U.S.C. § 2244(b)(3)(A). A petition is second or successive if it makes "claims contesting the same custody imposed by the same judgment of a state court" that the petitioner previously challenged, and on which the federal court issued a decision on the merits. *Burton v. Stewart*, 127 S.Ct. 793, 796 (2007); *Slack v. McDaniel*, 529 U.S. 473, 485-486 (2000). The petition in this action, filed June 25, 2007, challenges the December 18, 1981, judgment of the Mendocino County[1] Superior Court, adjudicating petitioner guilty of one count of first degree murder, one count of second degree murder, two counts of armed robbery and two counts of kidnaping. Pet., at 2. The court imposed a term of 25 years to life in prison. Pet., at 2-3. In support of their motion, respondents submit records of petitioner's prior habeas action in the United States District Court for the Northern District of California. In that action, *Shelton v. Estell*, Case No. 91-3948, petitioner challenged a December 18, 1981, judgment of the Mendocino County Superior Court adjudicating petitioner guilty of the same offenses listed above. Resps.' Mot. to Dism., Ex. 1.

On November 12, 1992, the federal court issued an order denying relief on some claims and staying the action to give petitioner the opportunity to demonstrate that one of his claims was not subject to dismissal based on his having defaulted a state court procedure. *See Coleman v. Thompson*, 501 U.S. 722, 750 (1991) (petitioner who defaults a state procedural rule that is independent of federal law and adequate to support the judgment is barred from obtaining federal habeas review of his claims unless he can show either cause for the default and actual prejudice as a result of the alleged violation of federal law, or that failure to consider the claims will result in a fundamental miscarriage of justice). Resps.' Mot., Ex. 2. On December 16, 1992, that

---

[1] In the current petition, petitioner alleges that he was convicted in the Lassen County Superior Court. However, by conceding that the petition is second or successive, he implicitly concedes that he was mistaken in alleging that he was convicted in Lassen County. Moreover, the court has examined the record in this case and is satisfied that the present petition challenges the same judgment petitioner previously challenged.

1  court found that petitioner failed to make the required showing and denied the petition on the
2  merits. *Id*., Ex. 5.  Thus, the petition in this action is second or successive.
3       Furthermore, petitioner concedes that he has not obtained an order from the appellate
4  court which would permit this court to entertain the petition in this action.  Therefore,
5  respondents' motion to dismiss must be granted.
6       Accordingly, it is hereby RECOMMENDED that:
7       1.  Respondents' December 14, 2007, motion to dismiss be granted; and,
8       2.  This action be dismissed on the ground that the petition is second or successive and
9  petitioner has not demonstrated that the Ninth Circuit has granted him leave to file it in this
10 court.
11      These findings and recommendations are submitted to the United States District Judge
12 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 15 days after
13 being served with these findings and recommendations, any party may file written objections
14 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
15 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
16 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
17 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
18 Dated:  July 18, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE